IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

STEPHANIE LOOPER, and KEVIN LOOPER,

    Plaintiffs,

vs.

DEPARTMENT OF HUMAN SERVICES, State of Oklahoma, et al.,

    Defendants.

No. CIV-12-393-JHP

## JUDGMENT

Pursuant to the Defendants' Motion to Dismiss which was granted the 11th day of December, 2012, the Court enters judgment for the Defendants and against the plaintiffs.

**IT IS SO ORDERED** this 11th day of December, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma